UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASMIN JETTA TAPIA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>HOWARD C. BARRON, et al.,<br><br>　　　　　　　Respondent. | CASE NO. 2:23-cv-01531-BJR-BAT<br><br>**ORDER DIRECTING SERVICE OF § 2241 PETITION, RETURN AND BRIEFING** |

　　　　Petitioner has filed a habeas corpus petition under 28 U.S.C. § 2241 and seeks expedited consideration of her petition. Dkt. 3. Petitioner was sentenced to a term of imprisonment of 90 months on May 16, 2022. She contends the Bureau of Prisons (BOP) is impermissibly denying her Earned Time Credits (ETC) based upon the nature of her conviction. The BOP calculates that Petitioner's release date is July 6, 2027, and Petitioner contends she should be released several months earlier if ETC were applied.

　　　　The Court has reviewed the petition and **ORDERS**:

**A.　SERVICE**

　　　　If not previously accomplished, electronic posting of this Order and petitioner's § 2241 habeas petition shall effect service upon the United States Attorney for the Western District of Washington of the petition and all supporting documents. Service upon the United States

ORDER DIRECTING SERVICE OF § 2241
PETITION, RETURN AND BRIEFING - 1

Attorney for the Western District of Washington is deemed to be service upon the named respondents.

**B.     RESPONDENTS' RETURN AND BRIEFING**

No later than **November 13, 2023**, Respondents shall file a return as provided in 28 U.S.C. § 2243, explaining why the Court should not grant Petitioner's § 2241 petition. As a part of the return, Respondents shall submit a brief in support of their position.

**PETITIONER'S RESPONSE**

Any response to Respondent's Return that Petitioner wishes to file shall be filed no later than **November 27, 2023.**

The Clerk is directed to send a copy of this Order to petitioner.

DATED this 12th day of October, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge