UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASMIN JETTA TAPIA,<br><br>                Petitioner,<br><br>   v.<br><br>HOWARD C. BARRON, et al.,<br><br>                Respondent. | CASE NO. 2:23-cv-01531-BJR-BAT<br><br>**ORDER GRANTING MOTION FOR EXTENSION TO RESPOND AND RENOTING THE MATTER** |

Petitioner moves for an extension of time to respond to the United States' Response to her § 2241 habeas petition. Dkt. 8. The United States does not object, Dkt. 8. The Court accordingly ORDERS:

1. Petitioner's motion for an extension, Dkt. 8, is **GRANTED**. Any response Petitioner wished to file to the United States' Response that her § 2241 habeas petition be denied on the merits, Dkt. 6, and the United States' subsequent request that the Court either dismiss the matter for lack of jurisdiction or transfer the matter to the federal jurisdiction in which Petitioner is currently detained, Dkt. 9, shall be filed no later than **January 5, 2024**.

2. Any reply the United States wishes to file regarding its request to transfer the matter or dismiss the matter shall be filed no later than **January 10, 2024**.

3. The clerk shall note the § 2241 habeas petition and the United States' Response,

ORDER GRANTING MOTION FOR
EXTENSION TO RESPOND AND
RENOTING THE MATTER - 1

Dkt. 6, and the United States' request for dismissal or transfer, Dkt. 9, for **January 12, 2024**, as ready for the Court's consideration.

  4. Because the Bureau of Prisons has transferred Petitioner from FDC SeaTac to another institution, the Court directs Respondent, the United States, to provide the clerk of court with an updated mailing address for Petitioner.

  5. The clerk shall provide a copy of this order to the parties.

DATED this 4th day of December, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION TO RESPOND AND
RENOTING THE MATTER - 2