UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASMIN JETTA TAPIA,

                Petitioner,

v.

HOWARD C. BARRON, et al.,

                Respondent.

CASE NO. 2:23-cv-01531-BJR-BAT

**ORDER GRANTING EXTENSION AND RE-NOTING REPORT AND RECOMMENDATION**

Petitioner proceeds *pro se* in this 28 U.S.C. § 2241 habeas action. On December 4, 2024, this Court granted petitioner's request for an extension of time, to January 5, 2024, to file a response to the United States' Response that her § 2241 habeas petition be denied on the merits, (Dkt. 6) and the United States' subsequent request that the Court either dismiss the matter for lack of jurisdiction or transfer the matter to the federal jurisdiction in which Petitioner is currently detained (Dkt. 9). Dkt. 10. Petitioner did not file a response by the deadline and on January 12, 2024, the Court issued a Report and Recommendation recommending dismissal of the petition without prejudice. Dkt. 12. On January 16, 2024, the Court received a motion from Petitioner seeking a further an extension of time to respond to the United States' Response to her § 2241 habeas petition. Dkt. 13. The United States did not oppose the motion.

Accordingly, the Court hereby ORDERS:

ORDER GRANTING EXTENSION AND RE-NOTING REPORT AND RECOMMENDATION - 1

1   (1) Petitioner's motion for a further extension of time (Dkt. 13) is **GRANTED**. On or before **February 28, 2024**, Petitioner is directed to file: (a) any response to the United States' Response that her § 2241 habeas petition be denied on the merits (Dkt. 6), (b) any response to the United States' subsequent request that the Court either dismiss the matter for lack of jurisdiction or transfer the matter to the federal jurisdiction in which Petitioner is currently detained (Dkt. 9), and (c) any objection to the Court's Report and Recommendation (Dkt. 12).

(2) The Clerk is directed to re-note the Report and Recommendation (Dkt. 12) to **March 1, 2024**. If objections to the Report and Recommendation are filed, any response is due within 14 days of being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will be ready for the Court's consideration on the date the response is due.

(3) The Clerk is directed to provide a copy of this order to petitioner, counsel for respondent, and to the Hon. Barbara J. Rothstein.

DATED this 7th day of February, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge